RE: APPEAL FILINGS # 04-15-00329-CV

4TH COURT OF APPEALS
REEVES JUSTICE CENTER
300 DOLOROSA ST. RM.3200
SAN ANTONIO, TEXAS
78205
78205

JUNE 8th 2015

DEAR. CLERK

I RESPECTFULLY SEND YOU THIS BRIEF LETTER.
THAT "ENCLOSED", PLEASE FIND THE "6 MONTH TRUST FUND VARIFICATION - FORM, FOR ADDING TO THE I.F.P. APPLICATION RECORDS .ETC
IN WHICH APPEAL WAS RECENTLY TAKEN.

FROM A JUDGEMENT ON APPEARANCE DEFAULT, ISSUED BY THE
X/O 7TH JUDICIAL COURT (BEXAR COUNTY. TX.) IN CASE # 2013-CI-13615
(GEIGER VS. HAMPEL) - PLEASE LOG, DOCKET AND FILE SUCH WITH
THE PLEADINGS THEREON.

→ ALSO "PLEASE NOTIFY" ME OF YOUR RECIEPT AND DATE OF DOING SO IN
THIS MATTER.

THANK YOU

c/o
MR. MICHAEL E. GEIGER #577721A
COFFIELD PLANTATION
2661 FM 2054
TENNESSEE COLONY, TEXAS
75884

2012 JAN 19 PM 1:31

RE: CASE # 04-15-00329-CV
GEIGER VS. HAMPEL

06-08-15

Dear Clerk

I'M SENDING YOU THIS BRIEF & URGENT LETTER AT THIS TIME, AND IN DIRE NEED OF YOUR PROMPT ADDR & ATTENTION, IN WHICH YOUR (THE SITUATION AND) RECENT LETTER FROM YOU HAS CAUSE BAFFLEMENT. THAT I NEED TO UNDERSTAND WHAT'S GOING ON.

TODAY IS JUNE 8TH 2015., AND I RECIEVED A LETTER FROM YOU ON THIS CASE, POST MARKED JUNE 4TH 2015 STATING THAT I'VE A DEADLINE? UPON FILING FEE, YET THE PAUPERIS APPLICATION WAS SUBMITTED WITH NOTICE OF APPEAL, YET ALSO ON THIS DATE JUNE 8TH 2015 I RECIEVED ANOTHER LETTER DATED JUNE 3RD 2015 → ACKNOWLEDGING

"RECIEPT OF NOTICE OF APPEAL AND PAUPERIS OATH" YET STILL THE MATTER OF THE DOCKETING STATEMENT ← SHOULD'VE BEEN RECIEVED FROM THE TRIAL COURT ALREADY. PLEASE EXSPLAIN THIS SITUATION TO ME, AND WHAT'S GOING ON? AS WELL AS UPDATED STATUS REPORT. YOUR TIME & EFFORTS ARE APPRECIATED.

THANK YOU

FILED
4TH COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JUN 18 PM 1:37
KEITH E. HOTTLE, CLERK

10th    Anderson
June

**SUSAN MULLINAX**
Notary Public. State of Texas
My Commission Expires
11.20.2018

**Notary Without Bond**

Notary Without Bond

SUSAN
MULLINAX
Notary Public, State of Texas
My Commission Expires
11-30-2014

MR. MICHAEL E. GEIGER #577721
COFFIELD UNIT
2661 FM 2054
TENNESSEE COLONY, TX.
75884

NORTH TEXAS TX REGL
DALLAS TX 750
16 JUN 2015 PM 11 L

2015 JUN 18 PM 1:37
KEITH E. HOTTLE, CLERK
RECEIVED
AT SAN ANTON

ATTENTION

⅄ 4TH COURT OF APPEALS OF TEXAS
CARDENIA REEVES JUSTICE CENTER
300 DOLOROSA ST. RM. 3200
SAN ANTONIO, TEXAS
78205

7820583037

CERTIFIED OFFICER MAIL

DEPARTMENT OF PERSONNEL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION